JOHN BENJAMIN ODOM, Appellant, *v.* THE STATE OF NEVADA, Respondent.

No. 7796

July 23, 1975                    538 P.2d 167

474

*Morgan D. Harris,* Public Defender, and *Howard N. Ecker,* Deputy Public Defender, Clark County, for Appellant.

*Robert List,* Attorney General; *George E. Holt,* District Attorney, and *Dan M. Seaton,* Deputy District Attorney, Clark County, for Respondent.

## OPINION

*Per Curiam:*

A jury found John Benjamin Odom guilty on one count of burglary and one count of larceny. On appeal he contends that prejudicial error was committed when the trial judge refused to allow a challenge for cause to one of the jurors who was later excused peremptorily.

Although the appellant later exhausted his peremptory challenges, there remained no one on the jury whom the appellant had challenged for cause. In Mears v. State, 83 Nev. 3, 12, 422 P.2d 230, 235–236 (1967), where the identical issue was raised, we refused to decide whether the trial court erred in denying the challenge for cause. See also State of Nevada v. Raymond, 11 Nev. 98 (1876). Cf. Bryant v. State, 72 Nev. 330, 305 P.2d 360 (1956).

Applying the rationale of Mears v. State, supra, we affirm.